# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA,

    *Plaintiff*

v.

DENTAL CARE ASSOCIATES OF SPOKANE VALLEY, PS; DR. JAMES G. HOOD, DDS; and KAREN J. HOOD,

    *Defendant*

Civil Action No. 2:15-CV-23-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court's Order entered February 25, 2016, ECF No. 107, permanent injunction is entered against Defendants James G. Hood and Karen J. Hood; Defendants Dental Care Associates of Spokane Valley P.S.; Dr. James G. Hood Family Dentistry; Dr. James G. Hood, D.D.S., M.A., P.S.; Dr. James G. Hood, D.D.S., P.S., Karen Jean Matsko Hood as Trustee of the Hood Family Trust; and Whispering Pine Press, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for judgment on the pleadings and a motion for default judgment.

Date: 2/25/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
    *(By) Deputy Clerk*
Cora Vargas