AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
Eastern District of Washington

UNITED STATES OF AMERICA,

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| DENTAL CARE ASSOCIATES OF | ) |
| SPOKANEVALLEY, PS; | ) |
| Dr. JAMES G. HOOD, DDS; and KAREN J. HOOD, | |
| _____ | |
| *Defendant* | |

Civil Action No.   2:15-CV-23-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   See attached page 2

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Peterson _____ on a motion for
       Summary Judgment ECF No. 103 is GRANTED.

Date:  June 21, 2016 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Virginia Reisenauer _____
*(By) Deputy Clerk*

Virginia Reisenauer _____

JUDGMENT IN A CIVIL ACTION

PAGE 2

Judgment shall be entered in favor of the United States against the following parties and in the following amounts:

James G Hood, individually – $99,354.45 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

Karen J. Hood, individually – $21,030.72 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

James G. Hood and Karen J. Hood, jointly –$31,381.05 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

Dental Care Associates of Spokane Valley, P.S. – $327,358.16 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

Dr. James G. Hood Family Dentistry, P.S., a/k/a Spokane Valley Dental Care, a/k/a James G. Hood Family Dentistry, P.S. – $42,829.46 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

Dr. James G. Hood, D.D.S., M.A., P.S., a/k/a James G. Hood D.D.S., P.S., a/k/a James G. Hood, D.D.S., M.A., P.S. – $645,038.56, as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

Karen Jean Matsko Hood as Trustee of the Hood Family Trust – $34,580.84 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

Whispering Pine Press, Inc. – $57,940.51 as of February 29, 2016, plus interest, penalties, and other statutory additions accruing after that date.

The United States shall have valid and subsisting federal tax liens on all property and rights to property of all Defendants, both real and personal, tangible and intangible, in the amounts listed above.